JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. GARCIA,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>DEBBIE ASONCION, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-8023-DSF (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED without prejudice.

Dated: 1/27/17

_____
HONORABLE DALE S. FISCHER
United States District Judge